## McKINNEY v. STATE.
### No. 19279.

Court of Criminal Appeals of Texas.
Jan. 12, 1938.

E. L. Hartwell, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment of the trial court is affirmed.

## GAMMONS v. STATE.
### No. 19289.

Court of Criminal Appeals of Texas.
Jan. 12, 1938.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is rape; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. No error has been perceived which would justify a reversal of the conviction or require further discussion.

The judgment is affirmed.